In re **ROGER R WUEST**
**FRANZISKA M WUEST**
Debtor(s)

Case No. **2:08-bk-13869**
Chapter **13**

# APPLICATION/ORDER FOR FEES

Memorandum of Receipts and Disbursements;
Statement of Attorney Pursuant to Bankruptcy Rule 2016(b);
and Order Thereon

**TO THE HONORABLE BANKRUPTCY JUDGE:**

Applicant hereby makes application for fees and represents that the fee arrangement in this proceeding is as follows:

1. That Applicant, as attorney for the debtor, has performed all services necessary for the confirmation of the Debtor's Plan. The services include interviews with debtor; the preparation and filing of the Debtor's Petition, Chapter 13 Statement, Plan and Plan Analysis; and appearance at the § 341 meeting and confirmation hearing.

2. That Applicant believes a reasonable fee for said services to be $ **4,000.00** and prays that said fee be approved and allowed.

3. That Applicant has received payments from the debtor and made disbursements on behalf of the debtor, as follows:

| | |
|---|---:|
| Total Received | **$1,799.00** |
| Disbursements | |
|     Filing fee | $299.00 |
|     Trustee | |
|     Other | |
| Total Disbursements | $299.00 |
| Amount applied to attorneys' fees | $1,500.00 |
| Balance of attorneys' fees | $2,500.00 |

The total of money paid to attorney on behalf of debtor within one (1) year of the date of filing is the sum of **$1,799.00**, including fees reserved for Chapter 13.

4. That in addition to foregoing statements, Applicant makes the following statements pursuant to Bankruptcy Rule 2016(b):

    (a) The details set forth by the debtor herein in the Chapter 13 Statement concerning compensation paid and compensation promised to be paid to his attorney of record is a true, complete and accurate statement of the agreement between the debtor and the attorney of record for legal services rendered and to be rendered herein.

    (b) The source of the monies paid by the debtor to the attorney of record to the best of the knowledge and belief of said attorney was: **Personal Funds**

    (c) The attorney of record has not shared or agreed to share, other than with members of the law firm or corporation, any of said compensation with any other person except:

Dated: **December 7, 2009**

**/s/ Joseph W. Charles**
**Joseph W. Charles**
Attorney for Debtor(s)

**ORDER**

The sum of $ **4,000.00** is hereby allowed Applicant as compensation for the services referred to in the above Application and the Trustee is directed to pay the unpaid balance thereof, the sum of $ **2,500.00** from the estate in accordance with the Plan.

Dated: _____    _____
                                                                                 United States Bankruptcy Judge